| | |
|---|---|
| Neil M. Kliebenstein (#226060) <br> Neil.kliebenstein@bowmanandbrooke.com <br> BOWMAN AND BROOKE LLP <br> Matthew B. Roberts (#287616) <br> Matthew.Roberts@bowmanandbrooke.com <br> 1741 Technology Drive, Suite 200 <br> San Jose, CA 95110 <br> Telephone No.: (408) 279-5393 <br> Fax No.: (408) 279-5845 <br><br> Mark V. Berry (#70162) <br> mark.berry@bowmanandbrooke.com <br> BOWMAN AND BROOKE LLP <br> 970 West 190th Street, Suite 700 <br> Torrance, CA 90502 <br> Telephone No.: (310) 768-3068 <br> Fax No.: (310) 719-1019 <br><br> Attorneys for Defendant <br> Ford Motor Company | Daniel T. Schmaeling <br> daniel.schmaeling@libertymutual.com <br> LAW OFFICES OF HARRIS & YEMPUKU <br> 2180 Harvard Street, Suite 375 <br> Sacramento, CA 95815 <br> Telephone No: (916) 649-8333 <br> Fax No: (603) 334-7903 <br><br> Attorneys for Plaintiff <br> Liberty Mutual Insurance Company |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 16-cv-04068-WHO <br><br> ORDER ON STIPULATION OF DISMISSAL (FRCP RULE 41(a)(1)(A)(ii)) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

17787716                                                                       1                                                         16-CV-04068-WHO
ORDER ON STIPULATION OF DISMISSAL (FRCP RULE 41(a)(1)(A)(ii))

| | |
|---|---|
| 1 | The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this |
| 2 | action, and finding good cause, |
| 3 | IT IS HERBY ORDERED that this action is dismissed in its entirety with prejudice as to all |
| 4 | plaintiff's claims, actions and causes of action asserted against defendant. Each party is to bear its |
| 5 | own costs and fees, including, but not limited to, attorney's fees and expert fees. The Court shall |
| 6 | retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for |
| 7 | the purposes of enforcing the terms of the parties' settlement agreement. |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: __June 29, 2017__ |

_[signature]_
Honorable William H. Orrick